AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Eagles, Catherine C. | Middle District of North Carolina | 07/11/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge - Active Status | ☐ Nomination    Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

324 W. Market Street
Greensboro, NC 27401

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eagles, Catherine C. | 07/11/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Consolidated Judicial Retirement System of NC - Pension | $74,202.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | William A. Eagles, PLLC - Earnings from law practice (Attorney/self-employed) |
| 2. 2018 | University of NC at Greensboro - Earnings for teaching |
| 3. 2018 | Wells Fargo Clearing Services, LLC - Retirement (IRA) distribution |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eagles, Catherine C. | 07/11/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eagles, Catherine C. | 07/11/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Brokerage Account #1 (H) | | | | | | | | | |
| 2. Dominion Energy Inc. - common stock | C | Dividend | L | T | | | | | |
| 3. Duke Energy Corp - common stock | C | Dividend | L | T | | | | | |
| 4. Southern Bancshares NC Inc. - common stk | A | Dividend | N | T | | | | | |
| 5. Enbridge, Inc (formerly Spectra Energy Corp) - common stock | C | Dividend | L | T | | | | | |
| 6. Southern Company - common stock | A | Dividend | J | T | | | | | |
| 7. Invesco Charter Fund Cl A - Mutual Fund | A | Dividend | J | T | | | | | |
| 8. American Funds The Growth Fund of America Cl A - Mutual Fund (AGTHX) | E | Dividend | M | T | | | | | |
| 9. American Funds The Investment Co. of America Cl A -Mutual Fund (AIVSX) | F | Dividend | O | T | Sold (part) | 12/28/18 | L | | |
| 10. American Funds Wash Mutual Investors Fd Inc. Cl A- Mutual Fund (AWSHX) | D | Dividend | M | T | | | | | |
| 11. American Funds Income Fund America Inc A - Mutual Fund (AMECX) | D | Dividend | M | T | | | | | |
| 12. Wells Fargo Advisors Money Market Account | A | Interest | K | T | | | | | |
| 13. Limited Term Tax Expt Bond Fd Of Amer (LTEBX) - Mutual Fund | A | Dividend | J | T | Buy | 08/20/18 | K | | |
| 14. Limited Term Tax Expt Bond Fd Of Amer (LTEBX) - Mutual Fund | | None | K | T | Buy | 12/27/18 | K | | |
| 15. Limited Term Tax Expt Bond Fd Of Amer (LTEBX) - Mutual Fund | | None | L | T | Buy | 12/28/18 | L | | |
| 16. Americann Fund New Economy Fund Cl A - Mutual Fund | B | Dividend | | | Buy | 08/20/18 | K | | |
| 17. | | | | | Sold | 12/28/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eagles, Catherine C. | 07/11/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Fund Smallcap World Cl A - Mutual Fund | B | Dividend | | | Buy | 08/20/18 | K | | |
| 19. | | | | | Sold | 12/27/18 | K | | |
| 20. IRA #1 (H) | | | | | | | | | |
| 21. Amer. Balanced Fd Cl A - Mutual Fund | D | Dividend | M | T | | | | | |
| 22. American Funds Investment. Co. of America CL A - Mutual Fund | E | Dividend | N | T | | | | | |
| 23. American Funds Income Fund America Inc A - Mutual Fund | D | Dividend | M | T | | | | | |
| 24. IRA #2 (H) | | | | | | | | | |
| 25. Amer. Balanced Fd Cl A - Mutual Fund | D | Dividend | M | T | | | | | |
| 26. IRA #3 (H) | | | | | | | | | |
| 27. American Funds Growth Fund Am. CL A - Mutual Fund | B | Dividend | K | T | | | | | |
| 28. IRA #4 (H) | | | | | | | | | |
| 29. American Funds Inv. Co. Am CL A (AIVSX) - Mutual Fund | E | Dividend | N | T | | | | | |
| 30. American Funds Amer Balanced Fd CL A - Mutual Fund | D | Dividend | M | T | | | | | |
| 31. Capital Income Bldr CL A - Mutual Fund | D | Dividend | N | T | | | | | |
| 32. American Funds New Perspective Fd CL A - Mutual Fund | C | Dividend | K | T | | | | | |
| 33. IRA #5 (H) | | | | | | | | | |
| 34. American Funds Growth Fund Am CL A (AGTHX) - Mutual Fund | B | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eagles, Catherine C. | 07/11/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Cash - Wells Fargo Advisors - Money Market (Bank Deposit Sweep) | A | Interest | J | T | | | | | |
| 36. Other Assets (H) | | | | | | | | | |
| 37. Lincoln National Life Insurance Co Policies Surrender Value | A | Interest | L | T | | | | | |
| 38. Wells Fargo - Bank Account | A | Interest | K | T | | | | | |
| 39. Bank of America - Bank Account - ▓▓▓ | | None | K | T | | | | | |
| 40. Bank of America - Bank Account - ▓▓▓ PLLC | | None | K | T | | | | | |
| 41. Bank of Amer - Bank Account - ▓▓▓ Eagle Farms LLC - 1/2 owner | | None | J | T | | | | | |
| 42. State Employees' Credit Union - Shares Account | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Eagles, Catherine C. | 07/11/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII, Line 41. Bank of America (Eagles Farms, LLC cash account - ▮▮▮▮ - This discloses one-half interest in residual cash from closed business (Eagles Farms, LLC).

| Name of Person Reporting | Date of Report |
|---|---|
| Eagles, Catherine C. | 07/11/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Catherine C. Eagles**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544